IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



ANTHONY L. HICKS,

    Plaintiff,

v.                                     Civil Action No. **3:09CV798**

JOSHUA R. MEYER, *et al.*,

    Defendants.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that this action is DISMISSED WITHOUT PREJUDICE because Plaintiff failed to complete and return a consent to collection of fees form.

Should Plaintiff desire to appeal, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Memorandum Opinion and Order to Plaintiff.

It is so ORDERED.

                                                              /s/
                                          James R. Spencer
                                          Chief United States District Judge

Date: 3-31-10
Richmond, Virginia